**DENY and Opinion Filed October 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01269-CV

### IN RE I.C, JAMES DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

# MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Osborne

Relator filed this original proceeding on October 17, 2019 challenging the trial court's September 11, 2019 temporary order arising out of a post-divorce modification suit affecting the parent-child relationship. To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE


191269F.P05